# United States Court of Appeals
## For the Eighth Circuit
_____

No. 21-2722
_____

United States of America

*Plaintiff - Appellee*

v.

Michael Lee Bevins

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: March 2, 2022
Filed: March 10, 2022
[Unpublished]
_____

Before BENTON, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Michael Lee Bevins appeals after the district court[1] revoked his term of supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

On appeal, Bevins argues the district court erred in finding that a preponderance of the evidence showed he violated his conditions of supervision. This court finds no basis for reversal. *See* 18 U.S.C. § 3583(e)(3) (court may revoke supervised release if it finds by preponderance of evidence that defendant violated conditions of supervised release); *United States v. Miller*, 557 F.3d 910, 913-14 (8th Cir. 2009) (this court reviews decision to revoke supervised release for abuse of discretion, and underlying factual findings as to whether a violation occurred for clear error; district court need find only one violation to revoke supervised release); *United States v. Black Bear*, 542 F.3d 249, 252 (8th Cir. 2008) (under clear error review, this court may reverse only if it has a definite and firm conviction that district court was mistaken); *cf. United States v. Asalati*, 615 F.3d 1001, 1005 (8th Cir. 2010) (witness credibility determinations, reviewed for clear error, are "virtually unreviewable" on appeal).

The judgment of the district court is affirmed.

_____